UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHEILA MCLAIN, Plaintiff | CIVIL ACTION NO. 1:19-CV-00454 |
| VERSUS | JUDGE DRELL |
| EDWARD GENE HARRINGTON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that McLain's Motion to Remand (ECF No. 13) is GRANTED and that McLain's Motion for Attorney Fees (ECF No. 13) is DENIED. In so ruling we note our agreement that the lack of definition of White's damages and claim value, and especially the lack of evidence pertaining to such claims is the determinative factor in this remand.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 2ND day of March, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT